```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 00686
   JOHN THOMAS OLEARY
   CANDY FERNANDEZ OLEARY                    CHAPTER 13

                                             JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-3452     SSN XXX-XX-9551

-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 01/12/2008 and was confirmed 03/31/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 07/21/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------
OPTION ONE MORTGAGE        CURRENT MORTG        .00            .00            .00
OPTION ONE MORTGAGE        MORTGAGE ARRE        .00            .00            .00
IMPACTCASH USA             UNSEC W/INTER     475.00            .00            .00
FIRST AMERICAN CASH ADVA   UNSEC W/INTER     933.91            .00            .00
INTERNAL REVENUE SERVICE   PRIORITY        16838.11            .00            .00
INTERNAL REVENUE SERVICE   UNSEC W/INTER     630.86            .00            .00
ARROWHEAD INVESTMENTS      UNSEC W/INTER NOT FILED             .00            .00
ASPEN                      UNSEC W/INTER NOT FILED             .00            .00
CASH SUPPLY                UNSEC W/INTER NOT FILED             .00            .00
ECAST SETTLEMENT           UNSEC W/INTER     356.58            .00            .00
ECAST SETTLEMENT           UNSEC W/INTER     604.45            .00            .00
HSBC CARD SERVICES         NOTICE ONLY   NOT FILED             .00            .00
HSBC CARD SERVICES         UNSEC W/INTER NOT FILED             .00            .00
SM SERVICING               UNSEC W/INTER        .00            .00            .00
ILLINOIS TITLE LOANS       SECURED VEHIC    1900.00           9.16         128.85
MIDWEST TITLE LOANS        SECURED           700.00           3.37          48.63
PIERCE & ASSOC             NOTICE ONLY   NOT FILED             .00            .00
ILLINOIS TITLE LOANS       UNSEC W/INTER    1654.07            .00            .00
LVNV FUNDING LLC           UNSEC W/INTER    1120.57            .00            .00
MIDWEST TITLE LOANS        UNSEC W/INTER     163.33            .00            .00
STEVEN A LEAHY             DEBTOR ATTY      2,324.00                       499.99
TOM VAUGHN                 TRUSTEE                                          60.00
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                        RECEIPTS         DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                   750.00

PRIORITY                                       .00
SECURED                                     177.48

               PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 00686 JOHN THOMAS OLEARY & CANDY FERNANDEZ OLEARY
```

```
     INTEREST                                                    12.53
UNSECURED                                                          .00
ADMINISTRATIVE                                                  499.99
TRUSTEE COMPENSATION                                             60.00
DEBTOR REFUND                                                      .00
                                   ----------------    ----------------
TOTALS                                     750.00              750.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
   Dated: 10/22/08              _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE